# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NATHAN HARLOW (2),

    Defendant.

CASE NO. 11CR4037-JM

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) on the Information of:

26:5861(e) and 5871

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/29/11

LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____